**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

William NMI Kirkland,

    Plaintiff(s),

v.                                    Case No. 1:03cv373

                                        (Judge Michael H. Watson)

Postmaster General John E. Potter, et al.,

    Defendant(s).

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed September 6, 2005 (Doc. 46).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Defendant's Motions for Summary Judgment (Doc. 38) is **GRANTED**. Plaintiff's Amended Complaint is **TERMINATED**. This action is closed.

                                                        _/s/ Michael H. Watson_
                                                       Michael H. Watson
                                                       United States District Judge

bac         September 23, 2005